**James Kenneth ANDERSON, Appellant,**

v.

**Judy C. LANGLEY, Appellee.**

No. 02–4112.

United States Court of Appeals, Eighth Circuit.

Submitted April 14, 2003.

Decided May 12, 2003.

Before LOKEN, Chief Judge, BYE, and MELLOY, Circuit Judges.

PER CURIAM.

Arkansas inmate James Kenneth Anderson appeals the district court's[1] pre-service dismissal of his 42 U.S.C. § 1983 action under 28 U.S.C. § 1915(e)(2)(B). We grant Anderson's motion to appeal in forma pauperis, and we leave to the district court the details of calculating the initial partial appellate filing fee, and the collection of the balance of the appellate filing fee in installments. *See Henderson*

v. *Norris*, 129 F.3d 481, 484–85 (8th Cir. 1997) (per curiam).

Having carefully reviewed the record, *see Moore v. Sims*, 200 F.3d 1170, 1171 (8th Cir.2000) (per curiam) (de novo standard of review), we summarily affirm the dismissal of the action. *See* 8th Cir. R. 47A(a).

A true copy.

---

[1]. The Honorable Harry F. Barnes, United States District Judge for the Western District of Arkansas, adopting the report and recommendations of the Honorable Bobby E. Shepherd, United States Magistrate Judge for the Western District of Arkansas.